**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

*IT IS SO ORDERED*
*Judge James Ware*

| | |
|---|---|
| **STAM PEDEN AND ANN PEDEN,** | Case No. C10-00454 JW |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| **LAW OFFICES OF KENOSIAN AND MIELE, LLP AND UNIFUND CCR PARTNERS,** | |
| Defendant. | |

Pursuant to the parties' Joint Motion to Dismiss With Prejudice, this case is ordered DISMISSED with prejudice. (Docket Item No. 11.)

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: June 24, 2010

_____
JAMES WARE
United States District Judge